Prelim. Exam.

AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

## WITNESS AND EXHIBIT RECORD

| DATE 7/15/2008 | CASE NUMBER 08-117-m | OPERATOR Golden | | | PAGE NUMBER 1 | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| ATF Task Force Agent, David Rosenblum | | 9:39 a.m. | 9:46 a.m. | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 1A | Criminal Complaint from case #: 08-117-M | 1A | Yes |